___ FILED  _✓_ LODGED
___ RECEIVED ___ COPY

JUN 23 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

_✓_ FILED  ___ LODGED
_✓_ RECEIVED ___ COPY

JUN 27 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey L. Pope,<br><br>    Plaintiff(s)/Petitioner(s),<br><br>vs.<br>Action Performance Companies, Inc., Fred W. Wagenhals, Christopher E. Besing and Tod J. Wagenhals,<br>    Defendant(s)/Respondent(s) | CASE NO. CIV-00-0244 PHX EHC<br><br>ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Based upon the motion of __Jacqueline L. Green__ for admission to practice pro hac vice in this action on behalf of __Jeffrey L. Pope, Plaintiff__, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/     the motion of attorney for admission to practice pro hac vice is granted.

/_/     the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __26__ day of __June__, 20__00__.

_____
UNITED STATES DISTRICT JUDGE

(Rev. 2/00)